IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO.: CR203-3

DOUGLAS BRADLEY

## ORDER

The Court has been advised that all motions filed in this case have been resolved by the parties except for Defendant's Motion to Suppress.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 17th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE