U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office
10:42 A.M.
5-26 20 05
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CASE NO.: CR203-3 |
| | : | |
| DOUGLAS BRADLEY, JR. | : | |

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed until June 1, 2005, to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the   2nd   day of   June  , 2005.

**SO ORDERED**, this  26th  day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)